

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-19-00077-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC**, Servicer and Attorney-in-Fact for Wells
Fargo Bank, N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset
Backed Pass Through Certificates, as Assignee and Successor to New Century Mortgage
Corporation,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18492
Honorable Renée Yanta, Judge Presiding

# O R D E R

On March 20, 2019, we issued a show cause order instructing appellant to provide written
proof of payment to the trial court clerk and the court reporter who are responsible for preparing
the clerk's record and reporter's record. Appellant timely responded with satisfactory proof of
payment for both records. The clerk's record was filed on March 28, 2019. Accordingly, it is
ORDERED that the reporter's record is due to be filed in this court *within thirty (30) days* from
the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court